United States District Court
Northern District of California

1

2

3

4                           UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7   **O. MATTHEW THOMAS**,                    Case No.  14-cv-03043-YGR

         Plaintiff,

8
         v.                                 **ORDER RE: REQUEST FOR WITHDRAWAL**
9                                           **BY PLAINTIFF'S COUNSEL**

10  **SAN FRANCISCO TRAVEL ASSOCIATION**,    Re: Dkt. No. 26

         Defendant.
11

12         TO PLAINTIFF AND HIS COUNSEL OF RECORD ELIAS FRANCISCO PORTALES:

13         On August 10, 2015, plaintiff filed a "proposed order," apparently seeking the withdrawal

14  of his counsel, Elias Francisco Portales.  (Dkt. No. 26.)  Going forward, according to the

15  "proposed order," plaintiff seeks to represent himself in pro per.  (*Id.*)  If counsel seeks to

16  withdraw from his representation of plaintiff, a motion for withdrawal must be filed.  The Court

17  notes, however, that the caption of the complaint lists the plaintiff as "O. MATTHEW THOMAS,

18  an individual, dba VISIT SAN FRANCISCO, LLC."  Thus, the Court is concerned that the real

19  party in interest may be the registered corporation referenced, and not solely an individual.  As

20  such, any motion to withdraw shall address why withdrawal is appropriate under these

21  circumstances.  *See* Civ. L.R. 3-9(b) ("A corporation, unincorporated association, partnership or

22  other such entity may appear only through a member of the bar of this Court."); *see also id*. at 5-

23  1(c)(2)(D), 11-5.  If counsel no longer seeks to withdraw in light of these circumstances, he shall

24  file a statement to that effect by **October 15, 2015**.

25         **IT IS SO ORDERED.**

26  Dated: October 8, 2015

27                                    _____

28                                          **YVONNE GONZALEZ ROGERS**
                                        **UNITED STATES DISTRICT COURT JUDGE**