UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **O. MATTHEW THOMAS**, <br> Plaintiff, <br> v. <br> **SAN FRANCISCO TRAVEL ASSOCIATION**, <br> Defendant. | Case No. 14-cv-03043-YGR <br><br> **ORDER RE: REQUEST FOR WITHDRAWAL BY PLAINTIFF'S COUNSEL** <br><br> Re: Dkt. No. 26 |

TO PLAINTIFF AND HIS COUNSEL OF RECORD ELIAS FRANCISCO PORTALES:

On August 10, 2015, plaintiff filed a "proposed order," apparently seeking the withdrawal of his counsel, Elias Francisco Portales. (Dkt. No. 26.) Going forward, according to the "proposed order," plaintiff seeks to represent himself in pro per. (*Id.*) If counsel seeks to withdraw from his representation of plaintiff, a motion for withdrawal must be filed. The Court notes, however, that the caption of the complaint lists the plaintiff as "O. MATTHEW THOMAS, an individual, dba VISIT SAN FRANCISCO, LLC." Thus, the Court is concerned that the real party in interest may be the registered corporation referenced, and not solely an individual. As such, any motion to withdraw shall address why withdrawal is appropriate under these circumstances. *See* Civ. L.R. 3-9(b) ("A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court."); *see also id*. at 5-1(c)(2)(D), 11-5. If counsel no longer seeks to withdraw in light of these circumstances, he shall file a statement to that effect by **October 15, 2015**.

**IT IS SO ORDERED.**

Dated: October 8, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**