# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **O. MATTHEW THOMAS,** an individual, dba **VISIT SAN FRANCISCO, LLC,**<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**SAN FRANCISCO TRAVEL ASSOCIATION** *et al.*,<br><br>　　　　Defendants. | Case No.: 4:14-cv-03043-YGR<br><br>**ORDER TO SHOW CAUSE RE: SANCTIONS** |

**TO PLAINTIFF'S COUNSEL OF RECORD**:

You are **HEREBY ORDERED TO SHOW CAUSE** why you should not be personally sanctioned in the amount of $2500.00 for failure to comply with the Court's Order on April 14, 2016 (Dkt. No. 58) instructing you to refile your opposition to Defendant's Motion for Attorneys' Fees and Costs by April 18, 2016.

A hearing on this Order to Show Cause will be held on **Friday, May 6, 2016** on the Court's 9:01a.m. Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

If Plaintiff's attorney refiles the opposition brief by Friday, April 29, 2016, Plaintiff's attorney need not appear and the hearing shall be taken off calendar. If Plaintiff's attorney fails to refile the opposition brief as of April 29, 2016, the Court will deem such failure to be an admission that no good cause exists for the failure to comply with the Court's Order and that the imposition of monetary sanctions in the amount of $2500.00 is appropriate.

**IT IS SO ORDERED.**

Date: April 22, 2016

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**