**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **O. MATTHEW THOMAS D/B/A VISIT SAN FRANCISCO,**<br><br>　　**Plaintiff,**<br><br>　　vs.<br><br>**SAN FRANCISCO TRAVEL ASSOCIATION,**<br><br>　　**Defendants.** | Case No.: 14-CV-03043-YGR<br><br>**ORDER VACATING HEARING ON DEFENDANT'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

In light of plaintiff's letter to the Court dated April 28, 2016, the Court **VACATES** the hearing on defendant's motion for attorneys' fees and costs, currently set for June 21, 2016, to be reset if the Court deems it necessary.

**IT IS SO ORDERED.**

Date: May 5, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**