United States District Court
Northern District of California

1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3

4    O. MATTHEW THOMAS,                              Case No.  14-cv-03043-YGR
                    Plaintiff,
5
          v.
6                                                    ORDER DENYING MOTION FOR
                                                     ATTORNEY'S FEES AND COSTS
     SAN FRANCISCO TRAVEL ASSOCIATION,
7                                                    Re: Dkt. No. 55
                    Defendant.
8

9            This case arises out of a Section 1981 claim brought by plaintiff O. Matthew Thomas

10   against defendant San Francisco Travel Association based on allegations that defendant refused to

11   enter into a contractual relationship with plaintiff because of race-based discrimination.  The Court

12   granted summary judgment in favor of defendant, thereby dismissing plaintiff's claims.  (Dkt. No

13   51.)  Before the Court now is defendant's motion for attorney's fees and costs.  (Dkt. No. 55.)

14   Plaintiff filed a response (Dkt. No. 62) and a request for a continuance to find new counsel to

15   defend against the motion (Dkt. No. 65).  Defendant replied.  (Dkt. No. 64.)  Having carefully

16   considered the papers submitted and the pleadings, and for the reasons set out more fully below,

17   the Court **DENIES** defendant's motion for attorney's fees and costs.[1]

18           Under Section 1988, in an action or proceeding under Section 1981, a court, "in its

19   discretion, may allow the prevailing party, other than the United States, a reasonable attorney's fee

20   as part of the costs."  42 U.S.C. § 1988.  Because "Congress wanted to encourage individuals to

21   seek relief for violations of their civil rights, [Section] 1988 operates asymmetrically."  *Braunstein*

22   *v. Az. Dep't of Transp.*, 683 F.3d 1177, 1187 (9th Cir. 2012).  District courts may award prevailing

23   defendants only in "exceptional circumstances" where the court "finds that the plaintiff's claims

24   are 'frivolous, unreasonable, or groundless,'" whereas prevailing plaintiffs "may receive

25   attorney's fees as a matter of course."  *Id.*[2]

26

27           [1] The Court adopts the Background section in its Order Denying Motion for Leave to
     Amend; Granting Motion for Summary Judgment.  (Dkt. No. 51.)

28           [2] Frivolous in the Ninth Circuit, means that the "result is obvious" or the plaintiff's

United States District Court
Northern District of California

1    Moreover, courts must resist the "temptation to engage in *post hoc* reasoning by

2  concluding that, because a plaintiff did not ultimately prevail, his action must have been

3  unreasonable or without foundation." *Surrell v. Cal. Water Serv. Co.*, No. 04-cv-2143, 2006 WL

4  1153758, at *3 (E.D. Cal. Apr. 28, 2006) (denying motion for fees despite granting summary

5  judgment in favor of defendants) (quoting *Christianburg Garment Co. v. E.E.O.C.*, 434 U.S. 412,

6  421–22 (1978)).  "The fact that plaintiff was unable to provide proper evidence to raise a triable

7  issue of fact, does not mean that [his] claims were unreasonable, frivolous, or without foundation."

8  *Id.*

9    Defendant moves the Court to find that this was such an exceptional case such that

10  defendant should be awarded attorney's fees.  However, that defendant prevailed on summary

11  judgment is not sufficient to show that this case is so "exceptional" as to merit an award of

12  attorney's fees against plaintiff.  Here, plaintiff was advised by his attorney, who later abandoned

13  his case, that he had a reasonable belief that plaintiff had been discriminated against because of his

14  race, and that that factor was, at least in part, a reason why defendant initially offered him

15  allegedly unfavorable terms and then subsequently refused to consummate the contract.  The Court

16  is not prepared to find, given the circumstances of this case, that it falls into the "exceptional" case

17  contemplated by the statute for awarding prevailing defendants with attorney's fees.  Accordingly,

18  defendant's motion for attorney's fees and costs is **DENIED.**

19    **IT IS SO ORDERED.**

20  Dated: June 8, 2016

21  _____

22    **YVONNE GONZALEZ ROGERS**
     **UNITED STATES DISTRICT COURT JUDGE**

23

24

25

26  arguments are "wholly without merit." *McConnell v. Critchlow*, 661 F.2d 116, 118 (9th Cir.
27  1981) (citation omitted).  "The terms 'frivolous,' 'unreasonable,' and 'without foundation' as used
   in this context do not have appreciably different meanings." *Alaska Right to Life v. Feldman*, 504
28  F.3d 840, 852 (9th Cir. 2007) (citation omitted).

2